**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DENNIS F. KLEPSKY |
| Debtor 2 (Spouse, if filing) | GWENDOLYN M. KLEPSKY |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 13-20899GLT |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** BARCLAYS BANK PLC

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 0 1 5 5

**Property Address:** 406 ELEANOR AVE
SCOTTDALE PA 15683

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 12,627.72 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 12,627.72 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 12,627.72 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ $609.41

The next postpetition payment is due on 5 / 1 / 2018
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N | **Notice of Final Cure Payment** | page 1

Debtor 1    **DENNIS F. KLEPSKY**　　　　　　　　　　　　　　　　Case number *(if known)* **13-20899GLT**
　　　　　　Name

### Part 4:   A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

　　　　　　x /s/ Ronda J. Winnecour　　　　　　　　　　　　　　Date    06/18/2018
　　　　　　　　Signature

Trustee　　　Ronda J. Winnecour

Address　　　CHAPTER 13 TRUSTEE WD PA
　　　　　　600 GRANT STREET
　　　　　　SUITE 3250 US STEEL TWR
　　　　　　PITTSBURGH, PA  15219

Contact phone   (412) 471-5566　　　　　　　　　Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | DENNIS F. KLEPSKY | | Case number *(if known)* | 13-20899GLT |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 02/24/2015 | 0934142 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 70.77 |
| 03/26/2015 | 0938271 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 260.04 |
| 04/24/2015 | 0942433 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 260.04 |
| 05/26/2015 | 0946499 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 260.04 |
| 06/23/2015 | 0950397 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 260.04 |
| 07/28/2015 | 0954534 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 268.26 |
| 08/26/2015 | 0958542 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 268.26 |
| 09/28/2015 | 0962423 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 249.46 |
| 10/26/2015 | 0966488 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 249.46 |
| 11/04/2015 | 0966488 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | CANCELLED CHECK TO CREDITOR/PRINC | -249.46 |
| 11/24/2015 | 0967411 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 503.62 |
| 12/22/2015 | 0971520 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 254.16 |
| 01/26/2016 | 0975505 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 275.51 |
| 02/24/2016 | 0979515 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 590.30 |
| 03/28/2016 | 0983451 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 590.30 |
| 04/22/2016 | 0987775 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 590.30 |
| 05/24/2016 | 0991700 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 595.00 |
| 06/27/2016 | 1000427 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 595.00 |
| 07/26/2016 | 1004424 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 595.00 |
| 08/26/2016 | 1008390 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 595.00 |
| 09/27/2016 | 1012420 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 595.00 |
| 10/26/2016 | 1016339 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 595.00 |
| 11/21/2016 | 1019764 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 584.43 |
| 12/21/2016 | 1023021 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 584.43 |
| 01/27/2017 | 1026403 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 584.43 |
| 02/24/2017 | 1029897 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 587.96 |
| 03/28/2017 | 1033269 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 587.96 |
| 04/21/2017 | 1036659 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 587.96 |
| 05/25/2017 | 1039908 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 584.43 |
| 06/27/2017 | 1043254 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 255.02 |
| | | | | **12,627.72** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/23/2013 | 0847602 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 593.44 |
| 06/25/2013 | 0851823 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 595.39 |
| 07/25/2013 | 0856014 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 595.00 |
| 08/27/2013 | 0860179 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 484.06 |
| 09/26/2013 | 0864294 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 515.95 |
| 10/25/2013 | 0868393 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 535.03 |
| 11/22/2013 | 0872412 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 550.48 |
| 12/23/2013 | 0876439 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 526.49 |
| 01/28/2014 | 0880618 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 519.85 |
| 02/25/2014 | 0884640 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 523.50 |
| 03/25/2014 | 0888692 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 526.22 |
| 04/25/2014 | 0892878 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 555.01 |
| 05/28/2014 | 0896923 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 590.20 |
| 06/25/2014 | 0900998 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 617.78 |
| 07/24/2014 | 0905089 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 637.14 |
| 08/26/2014 | 0909142 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 649.39 |
| 09/29/2014 | 0913328 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 655.73 |
| 10/29/2014 | 0917283 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 657.13 |
| 11/24/2014 | 0921986 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 655.87 |
| 12/22/2014 | 0926003 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 648.84 |
| 01/27/2015 | 0930129 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 639.48 |
| 02/24/2015 | 0934142 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 604.50 |
| 03/26/2015 | 0938271 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 04/24/2015 | 0942433 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 05/26/2015 | 0946499 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 06/23/2015 | 0950397 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 07/28/2015 | 0954534 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 08/26/2015 | 0958542 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 09/28/2015 | 0962423 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 10/26/2015 | 0966488 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | AMOUNTS DISBURSED TO CREDITOR | 536.52 |

| Debtor 1 | **DENNIS F. KLEPSKY** | Case number *(if known)* | **13-20899GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 11/04/2015 | 0966488 | VOLT 2012-NPL1 ASSET HOLDINGS TRUST | CANCELLED CHECK TO CREDITOR/CONT | -536.52 |
| 11/24/2015 | 0967411 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 1,073.04 |
| 12/22/2015 | 0971520 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 01/26/2016 | 0975505 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 02/24/2016 | 0979515 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 03/28/2016 | 0983451 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 04/22/2016 | 0987775 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 05/24/2016 | 0991700 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 06/27/2016 | 1000427 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 07/26/2016 | 1004424 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 08/26/2016 | 1008390 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 09/27/2016 | 1012420 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 10/26/2016 | 1016339 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 11/21/2016 | 1019764 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 12/21/2016 | 1023021 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 01/27/2017 | 1026403 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 02/24/2017 | 1029897 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 03/28/2017 | 1033269 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 04/21/2017 | 1036659 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 05/25/2017 | 1039908 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 06/27/2017 | 1043254 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 07/25/2017 | 1046607 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 08/25/2017 | 1049920 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 09/26/2017 | 1053256 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 10/25/2017 | 1056634 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 11/21/2017 | 1059971 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 12/21/2017 | 1063189 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 01/25/2018 | 1066595 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 02/23/2018 | 1069828 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 536.52 |
| 03/28/2018 | 1072992 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 1,073.04 |
| 04/24/2018 | 1076221 | BARCLAYS BANK PLC | AMOUNTS DISBURSED TO CREDITOR | 559.03 |
| | | | | 33,823.27 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DENNIS F. KLEPSKY
GWENDOLYN M. KLEPSKY
406 ELEANOR AVENUE
SCOTTDALE, PA  15683

DANIEL R WHITE ESQ
ZEBLEY MEHALOV & WHITE PC
POB 2123*
UNIONTOWN, PA  15401

BARCLAYS BANK PLC
C/O SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI, OH  45274-0039

SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC  29603-0826

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


6/18/18                                                    /s/ Renee Ward
                                                           Administrative Assistant
                                                           Office of the Chapter 13 Trustee