Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dennis F. Klepsky** <br> aka Dennis F. Klepsky Sr. <br> **Gwendolyn M. Klepsky** <br> *Debtor(s)* | : <br> : <br> : <br> : <br> : | Case No. 13−20899−GLT <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : | Related to Document No. 76 |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : | Hearing Date: 9/12/18 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 25th of June, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 76 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)   *On or before August 9, 2018*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)   This Motion is scheduled for hearing on *September 12, 2018 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

*[Signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-20899-GLT
Dennis F. Klepsky                                                     Chapter 13
Gwendolyn M. Klepsky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: jhel              Page 1 of 2              Date Rcvd: Jun 25, 2018
                                Form ID: 604            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db/jdb         +Dennis F. Klepsky,    Gwendolyn M. Klepsky,    406 Eleanor Avenue,    Scottdale, PA 15683-2134
cr              Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826 Greenville, SC 29603
cr              Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC  29603-0826
13596412       +Allied Interstate,   3000 Corporate Exchange Drive--5th Floor,    Columbus, OH 43231-7689
13596413      #+Alpha Recovery Corp.,    5660 Greenwood Plaza Boulevard,    Suite 101,    Englewood, CO 80111-2417
14126706        Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC  29603-0826
13581166        Beneficial,   P.O. Box 4153,    Carol Stream, IL 60197-4153
13581168      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Ohio,    200 Civic Center Dr., 11th Floor,
                 Columbus, OH 43215)
13596414        Diversified Consultants, Inc.,    P.O. Box 571,    Fort Mill, SC  29716-0571
13596415       +Nationwide Insurance,    P.O. Box 2655,   Harrisburg, PA 17105-2655
13596416       +Northland Group, Inc.,    P.O. Box 390846,    Edina, MN 55439-0846
13581176      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile USA,    Attn: Bankruptcy Team,    P.O. Box 53410,
                 Bellevue, WA 98015-3410)
13581177       +TekCollect,   P.O. Box 1269,    Columbus, OH 43216-1269
13581178        Vericrest Financial,    715 South Metropolitan Avenue,    P.O. Box 24610,
                 Oklahoma City, OK 73124-0610
13644549       +Vericrest Financial,    13801 Wireless Way,    Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13581164       +E-mail/Text: holly.tylka@advanceddisposal.com Jun 26 2018 02:12:55      Advanced Disposal,
                 P.O. Box 266,    1184 McClellandtown Road,    McClellandtown, PA 15458-1118
13581165        E-mail/Text: ally@ebn.phinsolutions.com Jun 26 2018 02:11:32      Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
13589662        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2018 02:18:18
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13581170       +E-mail/Text: kristend@lobaf.com Jun 26 2018 02:13:17      Barbara A. Fein, Esq.,
                 721 Dresher Road--Suite 1050,    Horsham, PA 19044-2266
13581167        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2018 02:17:28      Capital One,
                 c/o TSYS Total Debt Management,    P.O. Box 5155,   Norcross, GA 30091
13581169       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 26 2018 02:13:49
                 Credit Collections Services,    P. O. Box 9134,   Needham, MA 02494-9134
13581171        E-mail/Text: bankruptcy@sccompanies.com Jun 26 2018 02:13:58      Ginny's,    1112 7th Avenue,
                 Monroe, WI 53566-1364
13641577       +E-mail/Text: bankruptcy@sccompanies.com Jun 26 2018 02:13:58      Ginny's,
                 c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
13581172        E-mail/Text: cio.bncmail@irs.gov Jun 26 2018 02:11:45      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13581174       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2018 02:17:35      LVNV Funding,
                 P.O. Box 10584,   Greenville, SC 29603-0584
13675515        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2018 02:17:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of General Electric Capital,
                 Corporation,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13581173       +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2018 02:17:18      Lowe's,
                 c/o GE Capital Retail Bank,    Attn: Bankruptcy Dept.,   P.O. Box 103104,
                 Roswell, GA 30076-9104
13581175        E-mail/Text: bankruptcy@sccompanies.com Jun 26 2018 02:13:58      Seventh Avenue,
                 1112 7th Avenue,   Monroe, WI 53566-1364
13640009       +E-mail/Text: bankruptcy@sccompanies.com Jun 26 2018 02:13:58      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
13596417       +E-mail/Text: holly.tylka@advanceddisposal.com Jun 26 2018 02:12:55
                 Veolia Environmental Services,    P.O. Box 266,   1184 McClellandtown Road,
                 McClellandtown, PA 15458-1118
13581179       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 26 2018 02:12:49      West Penn Power,
                 1310 Fairmont Ave.,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Barclays Bank PLC
13597386*       Ally Financial,   PO Box 130424,    Roseville, MN 55113-0004
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel             Page 2 of 2            Date Rcvd: Jun 25, 2018
                              Form ID: 604           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Barclays Bank PLC andygornall@latouflawfirm.com
          Daniel R. White    on behalf of Joint Debtor Gwendolyn M. Klepsky dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor Dennis F. Klepsky dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    Barclays Bank PLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```