**Fill in this information to identify the case:**

Debtor 1: Dennis F. Klepsky

Debtor 2: Gwendolyn M. Klepsky
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA
(State)

Case number: 13-20899

# Form 4100R
## Response to Notice of Final Cure Payment                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: **Sutton Funding LLC**

Last 4 digits of any number you use to identify the debtor's account: **0155**

Court claim no: (if known) **7**

Property address:
Number   Street
**406 Eleanor Ave.**
**Scottdale, PA 15683**
City       State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✔] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✔] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **9** / **1** / **2018**
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                         (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____
c. **Total**. Add lines a and b.                                    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Debtor 1  Dennis F. Klepsky
First Name   Middle Name   Last Name

Case number (if known) 13-20899

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box::

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Carrie Dockter
Signature

Date 6/29/2018

Print: Carrie    Dockter
First Name   Middle Name   Last Name

Title: Bankruptcy Case Manager

Company: Shellpoint Mortgage Servicing

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO Box 10826
Number   Street

Greenville, SC 2960-0826
City   State   ZIP Code

Contact phone (800) 365-7107

Email: mtgbk@shellpointmtg.com

| | |
|---|---|
| Shellpoint Mortgage Servicing | Phone Number:   (800) 365-7107 |
| PO Box 10826 | Fax:   (866) 467-1137 |
| Greenville, SC  29603-0826 | Email:  mtgbk@shellpointmtg.com |

RE: Debtor 1   Dennis F Klepsky
    Debtor 2   Gwendolyn Klepsky

Case No:   1320899

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 6/26/2018.

Western District of Pennsylvania, Pittsburgh Division
US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Ronda Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Daniel R White
18 Mill Street Square
P. O. Box 2123
Uniontown, PA  15401

Dennis F Klepsky
Gwendolyn Klepsky
406 Eleanor Ave
Scottdale PA 15683


/s/ Carrie Dockter